UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr-00281-IM |
| v. | INFORMATION |
| NADYA MALINOWSKA, | 41 C.F.R. § 102-74.385 |
| | 41 C.F.R. § 102-74.385 |
| Defendant. | 41 C.F.R. § 102-74.385 |

THE UNITED STATES ATTORNEY CHARGES:

**COUNT 1**
**(Failing to Obey a Lawful Order)**
**(41 C.F.R. § 102-74.385)**

On or about June 17, 2025, in the District of Oregon, defendant **NADYA MALINOWSKA**, did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315, and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

/ / /

/ / /

/ / /

Information                                                                                           Page 1

## COUNT 2
### (Failing to Obey a Lawful Order)
### (41 C.F.R. § 102-74.385)

On or about June 21, 2025, in the District of Oregon, defendant **NADYA MALINOWSKA**, did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315, and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

## COUNT 3
### (Failing to Obey a Lawful Order)
### (41 C.F.R. § 102-74.385)

On or about June 29, 2025, in the District of Oregon, defendant **NADYA MALINOWSKA**, did willfully enter in and on federal property, to wit: the grounds of the Immigration and Customs Enforcement Building and fail to comply with the lawful direction of federal police officers and other authorized individuals;

In violation of Title 40, United States Code, Section 1315, and Title 41, Code of Federal Regulations, Section 102-74.385, a class C misdemeanor.

Dated: June 30, 2025

Respectfully submitted,

WILLIAM M. NARUS
Acting United States Attorney

*/s/ Andrew T. Ho*
ANDREW T. HO
Assistant United States Attorney